# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00045-CR

In re Earl Gray, County Attorney, Brazos County

### Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Based on the record presented, we deny Relator's petition for writ of mandamus. *See In re State ex rel. Thompson*, No. 10-22-00381-CR, 2022 WL 17671864, at *1 (Tex. App.—Waco Dec. 14, 2022, orig. proceeding) (mem. op., not designated for publication); *In re Floyd*, No. 05-16-00491-CV, 2016 WL 2353874, at *1 (Tex. App.—Dallas May 3, 2016, orig. proceeding) (mem. op.) ("The extraordinary nature of the mandamus remedy and the requirement that a party seeking mandamus relief exercise diligence both mandate that arguments not presented to the trial court cannot first be considered in an original proceeding seeking mandamus"). This Court's stay of proceedings in the trial court granted on February 19, 2025 is lifted.

_____

STEVE SMITH
Justice

OPINION DELIVERED and FILED:  April 3, 2025

Before Chief Justice Johnson,
       Justice Smith, and
       Justice Harris
Denied
Do not publish
OT06

